Gary L. WISE, Plaintiff—Appellant,

v.

UNITED STATES of America, Defendant—Appellee.

No. 10–6454.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 19, 2010.

Decided: Aug. 30, 2010.

Gary L. Wise, Appellant Pro Se.

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary L. Wise appeals the district court's order adopting the magistrate judge's recommendation to dismiss his Federal Tort Claims Act, 28 U.S.C. §§ 2671–2680 (2006) action against the United States after a 28 U.S.C. § 1915 (2006) review. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Wise v. United States*, No. 6:09–cv–00901–MBS, 2009 WL 5171215

(D.S.C. Dec. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*